# Exhibit 1

Larry J. Wulkan (SBA # 021404)
Jennifer L. Allen (SBA #027941)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:  Larry.Wulkan@stinson.com
         Jennifer.Allen@stinson.com
Attorneys for Plaintiff

**SUPERIOR COURT OF ARIZONA**

**MARICOPA COUNTY**

| | |
|---|---|
| KEVIN ANTONIO FUCIARELLI, | No. CV2017-007458 |
| Plaintiff, | **FIRST AMENDED COMPLAINT** |
| v. | (Assigned to the Hon. Carolyn Passamonte) |
| LUIS BURGIO and CRYSTAL BURGIO, husband and wife, | |
| Defendants. | |

Plaintiff, for his Complaint against Defendants, alleges as follows:

1. Plaintiff, Kevin Antonio Fuciarelli, brings this action under 42 U.S.C. § 1983 for Defendant's violation of his rights under the Unites States Constitution.

2. Kevin resides in Maricopa County, Arizona.

3. Defendant Luis Burgio ("Officer Burgio") resides in Maricopa County, Arizona.

4. The events underlying this lawsuit occurred in Maricopa County, Arizona.

5. Jurisdiction and venue are proper in this Court pursuant to A.R.S. §§ 12-123 and 12-401, and Article 6, § 14(1) of the Arizona Constitution.

6. Officer Burgio is married to Crystal Burgio. All of Officer Burgio's alleged acts were done for the benefit and furtherance of the Burgios' marital community.

7. On May 11, 2015, Kevin's vehicle was involved in a single-car accident.

8. Kevin's vehicle hit a pole in a parking lot; no person was injured.

9. Shortly after midnight on May 12, 2015, Kevin was brought into the Scottsdale District 2 Jail ("the jail").

10. Kevin showed no sign of intoxication while in the jail.

11. Kevin was calm and cooperative upon being brought into the jail.

12. At the jail, Kevin was searched without incident.

13. Kevin removed his shoes and socks, surrendered his personal items to the jail's staff, and were taken to a holding cell.

14. Several minutes later, an officer ordered Kevin to submit to a forced blood draw.

15. Kevin asked to speak to an attorney.

16. Rather than allowing Kevin to contact an attorney, the jail's staff ordered Kevin to sit in a restraint chair.

17. Kevin sat in the chair without any resistance.

18. Kevin continued to ask for an attorney.

19. Kevin was not combative or aggressive in any way.

20. Officers surrounded Kevin.

21. Suddenly, and without warning, Officer Burgio grabbed Kevin from behind and applied a hypoglossal pressure point hold.

22. This technique is intended to, and does, cause extreme pain.

23. At the same time, several other officers grabbed Kevin's limbs and began applying the chair's various arm, leg, and torso restraints to secure Kevin.

24. Kevin did not, at any time, resist the officers' efforts.

25. Nevertheless, Officer Burgio applied the hypoglossal pressure point hold for 99 seconds.

26. Officer Burgio used this pain compliance technique for eighty seconds *after* all other officers stopped even holding onto Kevin's limbs.

27. When Officer Burgio finally released Kevin, Kevin was fully restrained in the chair, with his limbs and torso fully tied down.

28. Kevin went into shock from the pain and began blacking out intermittently.

29. Kevin told the officers he was feeling nauseous, and they brought a trash can over and placed it by the side of the restraint chair.

30. A phlebotomist began trying to take blood from Kevin's right arm but had trouble locating a good vein.

31. Kevin offered no resistance, but was feeling terribly sick.

32. Nevertheless, and again without any warning, Officer Burgio grabbed Kevin's neck and head, this time applying a mandibular angle pressure point technique.

33. The mandibular angle pressure point technique is intended to, and does, cause extreme pain to the jaw area of the body.

34. Even though the phlebotomist was able to begin the blood draw within seconds, Officer Burgio continued to use this pain compliance technique for almost two and a half minutes.

35. This use of force was malicious and sadistic.

36. At one point, Kevin said he thought he was going to vomit, and another officer moved the trash can closer to Kevin, yet Officer Burgio maintained the pressure hold for 45 seconds after Kevin's complaints.

37. When Officer Burgio finally let go, Kevin vomited and passed out.

38. Officer Burgio then placed a spit mask on Kevin, notwithstanding the risk of Kevin choking on his own vomit.

39. When the blood draw was complete, officers remove the chair's restraint ties.

40. Officer Burgio crouched behind Kevin and was laughing about him and shaking his head.

41. Kevin was taken to a holding cell where he lay down on the floor.

42. While Kevin lay on the floor recovering, Officer Burgio laughed callously with his colleagues about the incident.

3

43. Officer Burgio's use of force caused Kevin to experience symptoms of Post Traumatic Stress Disorder.

44. Officer Burgio gratuitously and unreasonably used excessive force against Kevin when he was offering no resistance and when he was obviously sick and helpless.

45. A reasonable officer would not have used such force under these circumstances.

46. Officer Burgio's conduct caused Kevin extreme pain, fear, anxiety, shock, and humiliation.

47. As a result of Officer Burgio's conduct, Kevin is entitled to compensatory and punitive damages in an amount to be proven at trial.

Wherefore Kevin prays for the following relief:

1. Compensatory and punitive damages in an amount to be proven at trial;

2. Attorneys' fees and costs under 42 U.S.C. § 1988; and

3. Any other relief the Court deems just and proper.

RESPECTFULLY SUBMITTED this 23rd day of June, 2017.

**STINSON LEONARD STREET LLP**

By: */s/ Larry J. Wulkan*
Larry J. Wulkan
Jennifer L. Allen
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Plaintiff

ORIGINAL filed this 23rd day of June, 2017:

Clerk of the Court
Maricopa County Superior Court
101/201 West Jefferson
Phoenix, Arizona 85003

COPY served via AZ TurboCourt this 23rd day of June, 2017:

1 | Kathleen L. Wieneke
2 | Jacob B. Lee
　 | Struck Wieneke & Love, P.L.C.
3 | 3100 W. Ray Road, Suite 300
　 | Chandler, Arizona  85226
4 | kwieneke@swlfirm.com
　 | jlee@swlfirm.com
　 | *Attorneys for Defendants*

6 | */s/  Kathleen Kaupke*

5